ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:25-MJ-70037-MAG |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| JIANHONG HU ALLBRIGHT, | |
| Defendant. | |

On January 13, 2025, defendant Jianhong Hu Allbright was charged by Criminal Complaint with transporting an individual to engage in prostitution and aiding and abetting the same, in violation of Title 18 U.S.C. §§ 2421 & 2.

This matter came before the Court on January 15, 2025, for a detention hearing. The defendant was present and represented by AFD Taylor Fatherree. AUSA Christiaan Highsmith appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required. Accordingly, the defendant

must be detained and transferred by the U.S. Marshal's Service to the charging district, the Southern District of Illinois, for an initial appearance in that district in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its conclusion:  The defendant was arrested on or about January 12, 2025, at San Francisco International Airport (SFO) attempting to fly to Asia with a one-way plane ticket.  At the time of her arrest, the defendant had in her possession approximately $10,313 in cash, three electronic devices, a laptop, two checked bags, and two carryon bags.  The defendant has multiple family members in China, including an adult daughter a minor grandson.  The defendant and her daughter are in contact on a daily basis.  The defendant was aware of law enforcement's investigation because a search warrant had been executed at her businesses in June 2024.  Law enforcement took her passport from approximately June 2024 to November or early December 2024, and then returned the defendant's passport to her.  Shortly thereafter, the defendant attempted to fly to Asia as described above.  Further, the government proffered that, according to a source, the defendant was selling off her businesses and was planning to flee to China.  Further, based on additional facts developed during the detention hearing, the Court does not believe Ms. Allbright's proffered surety and custodian, her husband, can mitigate the significant risk of flight.  This finding is made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government,

//

//

the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: 1/16/2025

_____
HONORABLE PETER H. KANG
United States Magistrate Judge

[PROPOSED] DETENTION ORDER　　　3　　　v. 11/01/2018
3:25-MJ-70037-MAG